TIMOTHY JONES (State Bar No. 119841)
SAGASER, FRANSON & JONES
2445 Capitol Street, Second Floor
Fresno, CA  93721
Telephone:  (559) 233-4800
Facsimile:   (559) 233-9330

PAULA M. YOST (State Bar No. 156843)
SONNENSCHEIN NATH & ROSENTHAL LLP
685 Market Street, 6th Floor
San Francisco, CA  94105
Telephone:  (415) 882-5000
Facsimile:   (415) 543-5472

Attorneys for Defendants
TABLE MOUNTAIN RANCHERIA, LEWIS
BARNES, WILLIAM WALKER, CAROLYN
WALKER, TWILA BURROUGH, LEANNE
WALKER GRANT, CRAIG MARTINEZ, ROBBIE
CASTRO, RAY BARNES, and VERN CASTRO

KELLY A. JOHNSON
Acting Assistant Attorney General
Environmental and Natural Resources Division
United States Department of Justice
DAVID B. GLAZER (D.C. 40096; MD)
Natural Resources Section
Environmental and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA  94105
Telephone:  (415) 744-6491
Facsimile:   (415) 744-6476

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEARL ALVARADO, et al., | No. C 05 00093 MHP |
| Plaintiffs, | ~~[DEFENDANTS' JOINT PROPOSED]~~ **JUDGMENT OF DISMISSAL** |
| vs. | **[FRCP 41(b)]** |
| TABLE MOUNTAIN RANCHERIA, et al., | |
| Defendants. | |

1    By Order dated July 28, 2005, the above-entitled Court granted in part and denied in part
2    Defendants' Motions to Dismiss for Lack of Subject Matter Jurisdiction, giving Plaintiffs
3    30 days to amend their remaining claims against the Secretary of Interior, but dismissing all
4    other claims without leave to amend.  The 30-day time period has elapsed and no amendment
5    has been filed; consequently, final dismissal as to the entirety of Plaintiffs' claims is appropriate.
6    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to Federal
7    Rule of Civil Procedure 41(b), Plaintiffs' action against Defendants is dismissed with prejudice.

Dated: 12/6/2005



The Honorable Marilyn H. Patel
United States District Court
Northern District of California

27211624\V-2

Case No. C 05 00093 MHP                          [DEFENDANTS' JOINT PROPOSED]
                                                 JUDGMENT OF DISMISSAL